**Emmett FRANKS v. STATE.**

**8 Div. 414.**

Court of Appeals of Alabama.
Oct. 27, 1936.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

**Edith FREEMAN v. STATE.**

**6 Div. 926.**

Court of Appeals of Alabama.
May 5, 1936.

SAMFORD, Judge.
Appeal dismissed.

**Catherine FULLER v. STATE.**

**6 Div. 970.**

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Affirmed.

**Clayton FULWIDER v. STATE.**

**2 Div. 584.**

Court of Appeals of Alabama.
Nov. 3, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

**John Henry GANN v. STATE.**

**6 Div. 163.**

Court of Appeals of Alabama.
June 8, 1937.

SAMFORD, Judge.
Appeal dismissed.

**Levi GARDNER v. STATE.**

**8 Div. 313.**

Court of Appeals of Alabama.
May 26, 1936.

RICE, Judge.
Affirmed.

**W. H. GARNER v. STATE.**

**6 Div. 788.**

Court of Appeals of Alabama.
Jan. 14, 1936.

SAMFORD, Judge.
Appeal dismissed by appellant.

**H. P., alias Dynamite, GARRISON v. STATE.**

**8 Div. 450.**

Court of Appeals of Alabama.
May 25, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.